**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Agent Provocateur, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)    2 0 – 0 8 0 0 8 6 2

4. **Debtor's address**

   **Principal place of business**

   3500 Las Vegas Blvd.
   Number    Street

   South Room R18

   Las Vegas    NV    89109
   City    State    ZIP Code

   Clark
   County

   **Mailing address, if different from principal place of business**

   1900 Avenue of the Stars
   Number    Street

   28th Floor
   P.O. Box

   Los Angeles    CA    90067
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City    State    ZIP Code

5. **Debtor's website** (URL)    http://agentprovocateur.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  Agent Provocateur, LLC                               Case number *(if known)*_____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_4_ _4_ _8_ _1_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____   When _____   Case number _____
                                         MM / DD / YYYY
          District _____   When _____   Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  Agent Provocateur, Inc.           Relationship  Parent
         District  Southern District of New York    When  04/11/2017
                                                          MM / DD / YYYY
         Case number, if known _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

Debtor  Agent Provocateur, LLC_____   Case number (*if known*)_____
        Name

| 11. **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|
| | ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No |
|---|---|
| | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| | Number     Street |
| | _____ |
| | _____ |
| | City                                  State    ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes. Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

### Statistical and administrative information

| 13. **Debtor's estimation of available funds** | *Check one:* |
|---|---|
| | ☒ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. **Estimated number of creditors** | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. **Estimated assets** | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  Agent Provocateur, LLC
        Name                                            Case number (*if known*)

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/11/2017
             MM / DD / YYYY

✘ /s/ Amanda Brooks                              Amanda Brooks
Signature of authorized representative of debtor   Printed name

Title  Global Retail Director

**18. Signature of attorney**

✘ /s/ William H. Schrag                          Date  04/11/2017
Signature of attorney for debtor                       MM / DD / YYYY

William H. Schrag
Printed name

Thompson Hine LLP
Firm name

335 Madison Avenue, 12th Floor
Number     Street

New York                                         New York    10017
City                                             State       ZIP Code

212-344-5680                                     william.schrag@thompsonhine.com
Contact phone                                    Email address

1087931                                          New York
Bar number                                       State

**AGENT PROVOCATEUR, LLC**

ACTION BY WRITTEN CONSENT
BY
THE SOLE MANAGER

APRIL 10, 2017

The undersigned, being the sole manager (the "**Manager**") of Agent Provocateur, LLC a limited liability company organized under the laws of the State of Delaware (the "**Company**"), hereby consents to, adopts and approves by written consent pursuant to Section 18-302(d) of the Delaware Limited Liability Company Act the following resolutions and each and every action effected thereby.

WHEREAS, the Company is a 100% owned subsidiary of Agent Provocateur, Inc.;

WHEREAS, the Manager has reviewed the materials from management and the Company's legal and financial advisors regarding the current cash flow and liabilities of the Company and the available alternatives for the Company; and

WHEREAS, based on the Manager's review of the foregoing and after carefully considering its options, the Manager approves the following resolutions.

RESOLVED, that the Company shall be, and hereby is, authorized to: (a) file a voluntary petition (the "**Petition**") for relief under chapter 7 or 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330, et. seq. (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the Southern District of New York, or such other court as the appropriate officer or officers of the Company shall determine to be appropriate (the "**Bankruptcy Court**"); and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that Amanda Brooks, global retail director, Wilson Cheng, Wilson Cheng, account director, Amanda Cotler, director of East Coast Stores, any officer of the Company (collectively, the "**Designated Officers**") shall be, and each of them, acting together or alone, hereby is, authorized, directed and empowered on behalf of and in the name of the Company to: (a) execute and verify the Petition, as well as all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Officer); (b) execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the Company's chapter 11 case (the

"**Bankruptcy Case**"); and (c) execute and verify any and all motions, agreements, pleadings or other documents necessary or appropriate in connection with the sale of some or substantially all of the Company's assets;

FURTHER RESOLVED, that the Designated Officers of the Company shall be, and each of them, acting together or alone, hereby is, authorized, directed and empowered, subject to the approval of the Bankruptcy Court, to enter into and obtain loans on behalf of the Company from one or more lender (the "**Debtor in Possession Financing**");

FURTHER RESOLVED, that the Designated Officers and each of them, acting together or alone, hereby is, authorized, directed and empowered, subject to the approval of the Bankruptcy Court, to enter into any agreements necessary to effectuate and evidence the Debtor in Possession Financing;

FURTHER RESOLVED, that the Designated Officers of the Company shall be, and each of them, acting together or alone, hereby is, authorized, directed and empowered to retain, on behalf of the Company: (a) Thompson Hine LLP; (b) Applied Business Strategy, LLC and (c) such additional professionals, including attorneys, accountants, financial advisors, investment bankers, consultants or brokers, in each case as in such officer's or officers' judgment may be necessary in connection with the Company's Chapter 11 Case and other related matters, on such terms as such officer or officers shall approve;

FURTHER RESOLVED, that the law firm of Thompson Hine LLP and any additional special or local counsel selected by the Designated Officers, if any, shall be, and hereby are, authorized, empowered and directed to represent the Company, as debtor and debtor in possession, in connection with the Chapter 11 Case commenced by it under the Bankruptcy Code;

FURTHER RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Designated Officers of the Company, each of the officers of the Company or their designees shall be, and each of them, acting together or alone, hereby is, authorized, directed and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Company in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed and approved; and

FURTHER RESOLVED, that any and all past actions heretofore taken by an Authorized Officer, any director or member of the Company in the name and on behalf of the Company in

furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved in all respects.

**[Signature Page to Follow]**

IN WITNESS WHEREOF, the undersigned being the sole Manager of Agent Provocateur, LLC has executed this written consent as of the date first set forth above.

/s/ Wilson Cheng
Name: Wilson Cheng
Title: Manager

**Fill in this information to identify the case:**

Debtor name  Agent Provocateur, LLC

United States Bankruptcy Court for the: Southern    District of New York
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (on a consolidated basis with Agent Provocateur, Inc.)    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US Customs and Border Protection 1100 Raymond Boulevard NJ, Newark, 07102 | Goachim Mele Goachim.mele@cbp.dhs.gov 973-368-6819 | custom duties | | | | $689,993 |
| 2 | Agent Provocateur IP Limited (previously known as SDI (Acqco 7) Limited) 154 Clerkenwell Road London EC1R 5AB | Charles Perez charles.perez@agentprovocateur.com 44-(0)020-7923-5200 | trade debts | | | | $282,082 |
| 3 | Larstrand Corp. / 675 Madison LLC Friedland Properties, 22 E 65th Street, New York, NY 10065 | Hoon Chang hchang@friedlandproperties.com 212-744-3300 | rent | | | | $172,583 |
| 4 | Barclays Bank plc Barclays, Level 6 1 Churchill Place, London, E14 5HP | Sara Walser sara.walser6@barclays.com 44-(0)20-7116-2542 | rent | | | | $167,698 |
| 5 | China National Consumer Electrics & Electronics No. 910, 9th Section, Jinsong, Chaoyang District, Beijing, 100021 | Daniel Yang daniel.yang@tych.com.cn 0086-139-1179-5173 | trade debts | | | | $107,788 |
| 6 | Hamburger Properties, 1504 So. El Camino Real San Mateo, CA 94402-3022 | Bob Beber bob.beber@gmail.com 650-341-8606 | rent | | | | $81,198 |
| 7 | Short Hills Associates LLC Department 53501, PO Box 6700 Detroit, MI 48267-0535 | Partee Nannette NPartee@Taubman.com 248-258-7387 | rent | | | | $79,956 |
| 8 | Professional Retail Outlet Services, LLC 3050 Union Lake Rd. Suite 8-F Commerce Township, MI 48382 | Paula Jendrowski PJendrowski@proservicecall.com 866-335-3500 | services | | | | $79,453 |

Debtor   Agent Provocateur, LLC
         Name

Case number (*if known*)

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Grunfeld Desiderio Lebowitz Silverman Klestadt LLP 599 Lexington Avenue, 36th Floor New York, NY 10022-7648 | Robert B. Silverman RSilverman@gdlsk.com 212-973-7730 | professional services | | | | $64,889 |
| 10 Ala Moana Center Acquisition LLC PO Box 860375, Minneapolis, MN 55486-0375 | Liu Pan Pan.Liu@generalgrowth.com 808-951-8899 | rent | | | | $62,849 |
| 11 Desert Hills Premium Outlets PO BOX 822873 Philadelphia, PA 19182 | Jason Hermesch JHermesch@simon.com 317-263-7972 | rent | | | | $53,589 |
| 12 133 Mercer Street, LLC 352 Seventh Avenue, 12th Floor New York, NY 10001 | Gina Fleisher bookkeeper@fleishergroup.com 770-873-1609 | rent | | | | $45,200 |
| 13 CPI-Phipps LLC, Phipps Plaza PO Box 772842, Chicago, IL 60677-2842 | Jason Hermesch JHermesch@simon.com 317-263-7972 | rent | | | | $44,217 |
| 14 The Bowerman Group PO Box 1255 West Falmouth, MA 02574 | Rob Bowerman treasurer@bowermangroup.com 508-540-7414 | rent | | | | $39,790 |
| 15 The Shoppes at The Palazzo SDS - 12 2781, PO Box 86 Minneapolis, MN 55486-2781 | Jing Y. Lin Sophia.lin@generalgrowth.com 702-414-4525 | rent | | | | $35,721 |
| 16 Keenpac / Bunzl Distribution Midcentral 6955, N Hamlin Ave Lincolnwood, IL 60712 | Ann Hallberg annhallberg@keenpac.com 847-733-1469 | rent | | | | $34,831 |
| 17 Newbury 123 Investment LLC C/O Boylston Development Corporation 41 Winter Street, Ste 60 Boston, MA 02108 | Patrick Brown patrick.brown@cbre-ne.com 617-451-2174 | rent | | | | $33,606 |
| 18 Brickell City Centre Retail LLC 799, Brickell Plaza Suite 802 Miami, FL 33131 | Vincent Ash Vincent.Ash@simon.com 786-233-5391 | rent | | | | $28,289 |
| 19 7961 Melrose Associates, LLC 7951 Melroase Avenue Los Angelas, CA 90046 | Isac Novian inov@sbcglobal.net 310-402-7388 | rent | | | | $26,609 |
| 20 259 Elizabeth Street – Katherine Chou 408 8th Ave., Suite 206 New York, New York 10001 | Katherine Chou mingc@aol.com 212-629-5890 | rent | | | | $24,857 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**In re**                                            :
                                                     :       **Chapter 11**
**AGENT PROVOCATEUR, LLC**                           :       Case No. 17-_____
                                                     :
                                                     :
              **Debtor.**                            :
-------------------------------------------------------------x

# LIST OF EQUITY SECURITY HOLDERS PURSUANT
# TO FED. R. BANKR. P. 1007(a)(3)

Agent Provocateur, Inc. owns 100% of the membership interests of Agent Provocateur, LLC.

**Fill in this information to identify the case and this filing:**

Debtor Name  Agent Provocateur, LLC _____

United States Bankruptcy Court for the:  Southern _____  District of  New York___
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  List of Equity Security Holders_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/11/2017      ✗ /s/ Amanda Brooks_____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

Amanda Brooks_____
Printed name

Global Retail Director_____
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**